UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **KHADIJAH HARDING,** | ) | |
| | ) | **Case No.** |
| Plaintiff, | ) | |
| | ) | **Judge** |
| v. | ) | |
| | ) | **Magistrate Judge** |
| **P.O. SCHMIDT, Individually, and the CITY OF ROBBINS, a Municipal Corporation,** | ) ) ) | **JURY DEMAND** |
| | ) | |
| Defendants. | ) | |

**COMPLAINT AT LAW**

NOW COMES the Plaintiff, KHADIJAH HARDING, by and through her attorneys, Gregory E. Kulis & Associates, Ltd., complaining against the Defendants, P.O. SCHMIDT, individually, and the CITY OF ROBBINS, as follows:

**COUNT I – EXCESSIVE FORCE**

1. This action is brought pursuant to the laws of the United States Constitution, specifically, 42 U.S.C. §1983 and §1988, and the laws of the State of Illinois, to redress deprivations of the Civil Rights of the Plaintiff, KHADIJAH HARDING, accomplished by acts and/or omissions of the Defendant, P.O. SCHMIDT, and the CITY OF ROBBINS, committed under color of law.

2. Jurisdiction is based on Title 28 U.S.C. §1343 and §1331 and supplemental jurisdiction of the State of Illinois.

3. The Plaintiff, KHADIJAH HARDING, was at all relevant times a United States citizen and resident of the State of Illinois.

4. At all relevant times, the Defendant, P.O. SCHMIDT, was a duly appointed City of Robbins police officer acting within the scope of his employment and under color of law.

5. In the morning of June 7, 2020, the Plaintiff was at her friend's house at 13603 S. Ridgeway in Robbins, Illinois.

6. Police came to the scene including the Defendant, P.O. SCHMIDT.

7. The Plaintiff, KHADIJAH HARDING, opened the door when police arrived.

8. P.O. SCHMIDT requested they enter.

9. Plaintiff KHADIJAH HARDING questioned why they need to enter.

10. P.O. SCHMIDT physically grabbed and attacked the Plaintiff.

11. The Plaintiff was not breaking any laws or committing any crime.

12. The Plaintiff told P.O. SCHMIDT he could not come in.

13. P.O. SCHMIDT said to the effect "I can do whatever the fuck I want to do."

14. Defendant P.O. SCHMIDT then grabbed the Plaintiff pulling her arms behind her.

15. The Plaintiff cried out telling P.O. SCHMIDT she just had surgery.

16. P.O. SCHMIDT ignored her cries and pulled her arms behind her.

17. Defendant P.O. SCHMIDT's supervising officer on the scene told Defendant P.O. SCHMIDT that the Plaintiff had not committed a crime and to let her go.

18. Plaintiff, KHADIJAH HARDING, was not committing any crimes or breaking any laws.

19. The Defendant P.O. SCHMIDT'S use of force was unprovoked.

20. P.O. SCHMIDT's use of force was excessive and unreasonable.

21. The actions of the Defendant were intentional, willful, and wanton.

22. The actions of the Defendant constituted violations of KHADIJAH HARDING's Fourth and Fourteenth Amendment rights as protected by 42 U.S.C. §1983.

23. As a result of the actions of the Defendant, the Plaintiff, KHADIJAH HARDING, suffered fear, anxiety, pain, emotional distress, monetary expense, loss of income, and continued pain and suffering.

**WHEREFORE**, the Plaintiff, KHADIJAH HARDING, prays for judgment in her favor and against the Defendant, P.O. SCHMIDT, in an amount of fair and reasonable compensatory damages, punitive damages, plus attorneys' fees and costs.

### COUNT II – INDEMNIFICATION/ CITY OF ROBBINS

1-22. The Plaintiff, KHADIJAH HARDING, hereby re-alleges and incorporates her allegations of paragraphs 1-22 of Count I as her respective allegations of paragraphs 1-22 of Count II as though fully set forth herein.

23. Illinois law provides that public entities are directed to pay any compensator tort judgment for damages for which employees are liable within the scope of their employment activities.

24. The Defendant is an employee of the City of Robbins Police Department who acted within the scope of their employment in committing the misconduct described herein.

**WHEREFORE,** should Defendant be found liable for the acts alleged above, Defendants P.O. SCHMIDT and THE CITY OF ROBBINS would be liable to pay the Plaintiff any judgment obtained against said Defendants.

### JURY DEMAND

The Plaintiff, KHADIJAH HARDING, hereby requests a trial by jury.

(Signature Page Follows)

                                        Respectfully submitted,
                                        KHADIJAH HARDING

                        By:    */s/ Gregory E. Kulis*
                                        One of Plaintiff's Attorneys

Gregory E. Kulis (Atty. No. 6180966)
Gregory E. Kulis & Associates, Ltd.
30 North LaSalle Street, Suite 2140
Chicago, Illinois 60602-3368
p. (312) 580-1830 / f. (312) 580-1839
e. gkulis@kulislawltd.com